UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re* Petition of

UNIÓN FENOSA GAS, S.A.

For an Order to Take Discovery from The Depository Trust Company Pursuant to 28 U.S.C. § 1782 in Aid of a Foreign Proceeding

Civil Action No. 1:20-mc-188

**[PROPOSED] ORDER GRANTING PETITIONERS' *EX PARTE* PETITION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

**THIS CAUSE** came before the Court upon the *Ex Parte* Petition of Unión Fenosa Gas, S.A. ("**Petitioner**") for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 in Aid of a Foreign Proceeding (the "**Petition**") which seeks documentary and testimonial evidence from The Depository Trust Company for use in judicial proceeding before the Commercial Court, Queen's Bench Division of the Courts of England and Wales.

The Court, having considered the papers on file and submitted herewith, and good cause appearing:

**HEREBY GRANTS** the Petition.

It is **HEREBY ORDERED** that Petitioner is granted leave to issue subpoenas seeking the production of documents and deposition testimony in substantially the same form attached as Exhibit A to the Petition.

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE