UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

IN RE PETITION OF

UNIÓN FENOSA GAS, S.A.

For an Order to Take Discovery from The Depository Trust Company pursuant to 28 U.S.C. § 1782 in Aid of a Foreign Proceeding.

Civil Action No. 1:20-mc-188-PAE

Hon. Paul A. Engelmayer

------------------------------------- x

### NOTICE OF MOTION BY THE ARAB REPUBLIC OF EGYPT TO QUASH OR MODIFY *EX PARTE* SUBPOENA ISSUED PURSUANT TO 28 U.S.C. § 1782

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1782, and upon the Memorandum of Law in Support of the Arab Republic of Egypt's Motion to Quash or Modify and the Declaration of Adam Silver dated April 29, 2020, the Arab Republic of Egypt shall move this Court before the Honorable Paul A. Engelmayer, United States District Judge, for an order quashing, or, in the alternative, modifying the Subpoena, and for other and further relief the Court deems just and proper.

Dated: New York, New York
April 29, 2020

Respectfully Submitted,

DECHERT LLP

/s/ Linda C. Goldstein
Linda C. Goldstein
Pat Andriola
Three Bryant Park
1095 Avenue of the Americas
New York, New York  10036
(212) 698-3500

*Attorneys for the Arab Republic of Egypt*

Petitioner is directed to file any opposition by May 8, 2020.  SO ORDERED.

PAUL A. ENGELMAYER     4/30/2020
United States District Judge